

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-17-00035-CV

Robert **MEDINA** and Christina Medina,
Appellants

v.

Timothy K. **BOWERS**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11752
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Appellee has filed two motions in this court – a "Motion for Leave to File Motion for En Banc Reconsideration of Appellee" and "Motion for En Banc Reconsideration of Appellee." After consideration, we **GRANT** appellee's motion for leave.  We further **DENY** appellee's motion for en banc reconsideration.

It is so ORDERED on March 4, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court